UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

CCO-032

No. 23-2611

ERIC DAIMLER,
Appellant

v.

CHRIS MOEHLE; ROBOTICS HUB FUND 1 LLC;
COAL HILL VENTURES LLC

(W.D. Pa. No. 2-18-cv-00165)

Present:  FREEMAN, Circuit Judge

1.  Appellant's Unopposed Motion to Extend the Time to File Brief and Joint
    Appendix for Ninety (90) Days

Respectfully,
Clerk/CJG

_____ORDER_____
The foregoing motion is granted.

By the Court,

s/ Arianna J. Freeman
Circuit Judge

Dated: December 15, 2023
Lmr/cc: All Counsel of Record